# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Karen Scalin, et al.

Plaintiff,

v.                                                    Case No.: 1:15−cv−03362

                                                      Honorable Andrea R. Wood

Societe Nationale Des Chemins De Fer Francais

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 31, 2015:

MINUTE entry before the Honorable Andrea R. Wood: Attorney applications to appear pro hac vice for Defendant [14], [15], [16], and [17] are granted. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.