UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KAREN SCALIN, JOSIANE PIQUARD and ROLAND CHERRIER, on behalf of themselves and all others similarly situated | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No: 15-cv-03362 |
| v. | ) ) | Judge Andrea R. Wood |
| SOCIÉTÉ NATIONALE DES CHEMINS DE FER FRANÇAIS | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: All Counsel of Record Listed Via Electronic Court Filing Service

YOU ARE HEREBY NOTIFIED that on the **16th** day of **September, 2015 at 9:00 a.m.** or as soon thereafter as may be heard, we shall appear before the Honorable Judge Andrea R. Wood or any judge sitting in her stead in Room 1925 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present **Conseil Representatif des Institutions juives de France's Motion to Intervene to Submit Amicus Brief**, a copy of which was previously served upon you.

Respectfully submitted,

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

/s/ Jeffrey Singer
Jeffrey Singer
233 S. Wacker Drive – Suite 5500
Chicago, Illinois 60606
jsinger@smsm.com
*Attorneys for the Conseil Representatif des Institutions juives de France*

## **CERTIFICATE OF SERVICE**

      I, Jeffrey Singer, state that I served a copy of this Notice of Motion on counsel of record, via the Electronic Court Filing service, on this **11th** day of **September, 2015.**

/s/ Jeffrey Singer
Under penalties as provided by law pursuant to 735 ILCS 5/1-109
I certify that the statements set forth are true and correct.