# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Karen Scalin, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:15–cv–03362
                                                        Honorable Andrea R. Wood

Societe Nationale Des Chemins De Fer Francais

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 14, 2015:

    MINUTE entry before the Honorable Andrea R. Wood: Attorney Paul C.
Rosenthal's corrected application to appear pro hac vice on behalf of Defendant [24] is
granted. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.