UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Karen Scalin, et al.
                                              Plaintiff,

v.                                            Case No.: 1:15−cv−03362
                                              Honorable Andrea R. Wood

Societe Nationale Des Chemins De Fer Francais
                                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, September 15, 2015:


      MINUTE entry before the Honorable Andrea R. Wood:The Conseil Representatif des Institutions Juives de France's motion to intervene to submit amicus brief [20] is taken under advisement. By 9/22/2015, Plaintiffs and/or Defendants in the instant action may file a short written statement of no more than 5 pages in support of or in opposition to the motion to intervene. The motion presentment date of 9/16/2015 is stricken. Parties need not appear. Mailed notice(ef, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.