## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Scalin, et al. v. Societe Nationale Des Chemins De Fer Francais        Case Number: 1:15-cv-03362

An appearance is hereby filed by the undersigned as attorney for:
Mr. Serge Klarsfeld - Proposed Defendant-Intervenor

Attorney name (type or print): Matthew C. Luzadder

Firm: Kelley Drye & Warren LLP

Street address: 333 W. Wacker Drive - Ste. 2600

City/State/Zip: Chicago, IL  60606

Bar ID Number: 6283424
(See item 3 in instructions)

Telephone Number: 312-857-7070

Email Address: mluzadder@kelleydrye.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 21, 2015

Attorney signature: S/ Matthew C. Luzadder
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015