## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

KAREN SCALIN, JOSIANE PIQUARD
and ROLAND CHARRIER, on behalf of
themselves and all others similarly situated,

Case No. 1:15-cv-03362

*Plaintiffs*;

Hon. Andrea R. Wood

v.

SOCIÉTÉ NATIONALE DES CHEMINS
DE FER FRANÇAIS,

*Defendants*.

### NOTICE OF MOTION TO INTERVENE TO SUBMIT AMICUS BRIEF

PLEASE TAKE NOTICE that on September 24, 2015 at 9 A.M. or as soon thereafter as I

may be heard, I shall appear before the Honorable Andrea R. Wood or any judge sitting in her

stead in Courtroom 1925 of the U.S. District Court of the Northern District of Illinois, Eastern

Division, 219 S. Dearborn St., Chicago, Illinois and shall present the following motion attached

hereto: **Motion to Intervene to Submit Amicus Brief**.

Dated: September 21, 2015

Respectfully submitted,

Matthew C. Luzadder  (#6283424)
Ethan Kent (#6306312)
KELLEY DRYE & WARREN LLP
mluzadder@kelleydrye.com
333 West Wacker Drive - Suite 2600
Chicago, IL  60606
(312) 857-7070

Paul Rosenthal (*Admitted Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
prosenthal@kelleydrye.com
3050 K Street, N.W., Suite 400
Washington, D.C.  20007
(202) 342-8400
*Counsel to Proposed Defendant-Intervenor*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby deposes and states that he caused the foregoing

**Motion to Intervene to Submit Amicus Brief** to be electronically filed with the Clerk of the

Court on September 21, 2015, using the ECF system, and served on all parties via the ECF

system:

Steven P. Blonder
Jonathan Loew
Much Shelist, P.C.
191 N. Wacker Drive
Chicago, IL  60606
Phone: 312-521-2402
Attorneys for Plaintiffs

Stephanie A. Scharf
Theodore L. Banks
Scharf Banks Marmor LLC
333 W. Wacker Drive – Ste. 450
Chicago, IL  60606
Attorneys for Defendant

John B. Bellinger, III
Robert A. Derise
Robert N. Weiner
Arnold & Porter LLP
555 Twelfth Street
Washington, DC  20004
Attorneys for Defendant

Robert R. Anderson
Arnold & Porter LLP
370 Seventeenth Street – Ste. 4400
Denver, CO  80202
Attorneys for Defendant

Adam J. Jagadich
Jeffrey Singer
Segal, McCambridge, Singer & Mahoney, Ltd.
233 S. Wacker Drive – Ste. 5500
Chicago, IL  60606
Attorneys for Intervenor Defendant

2

CH01\LUZAM\486611.1

Date:  September 21, 2015

*/s/ Matthew C. Luzadder*

Matthew C. Luzadder  (#6283424)
Ethan Kent (#6306312)
KELLEY DRYE & WARREN LLP
mluzadder@kelleydrye.com
333 West Wacker Drive - Suite 2600
Chicago, IL  60606
(312) 857-7070

Paul Rosenthal (*Admitted Pro Hac Vice*)
KELLEY DRYE & WARREN LLP
prosenthal@kelleydrye.com
3050 K Street, N.W., Suite 400
Washington, D.C.  20007
(202) 342-8400

3