UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN SCALIN, JOSIANE PIQUARD and ROLAND CHERRIER, on behalf of themselves and all others similarly situated, )<br>)<br>)<br>) | | |
| Plaintiffs, ) | Case No. 1:15-CV-03362 | |
| ) | | |
| vs. ) | Judge Andrea R. Wood | |
| ) | | |
| SOCIÉTÉ NATIONALE DES CHEMINS DE FER FRANÇAIS, )<br>)<br>) | | |
| Defendant. ) | | |

**PLAINTIFFS' AGREED MOTION FOR EXTENSION OF TIME**

Plaintiffs respectfully move for the entry of an order granting them until October 28, 2015 to file their response to Defendants' Rule 12(b) Motion to Dismiss Complaint, (Doc. 18), and 25-page brief in support, (Doc. 19). In its order of June 18, 2015, (Doc. 11), the Court granted Plaintiffs until September 29, 2015 to respond to the dismissal motion, which had not yet been filed. Given the extensive nature of the dismissal motion, Plaintiffs require more time to prepare their response. This is Plaintiffs' first request for an extension of time. Counsel for Plaintiffs and Defendants have conferred, and Defendants' counsel has indicated she does not object to this motion.

Dated: September 22, 2015                    KAREN SCALIN, JOSIANE PIQUARD and
                                             ROLAND CHERRIER,

                                             By:    /s/ Steven P. Blonder
                                                    One of Their Attorneys

Steven P. Blonder (#6215773 sblonder@muchshelist.com)
Jonathan L. Loew  (#6184157 jloew@muchshelist.com)
MUCH SHELIST, P.C.
191 North Wacker Drive
Suite 1800
Chicago, Illinois 60606
(312) 521-2000

Harriet Tamen
Tamen Law Offices
212 East 39th Street
New York, NY  10016
(212) 284-5262

Stephen T. Rodd
Abbey Spanier, LLP
212 East 39th Street
New York, NY  10016
(212) 889-3700

Professor Lucille A. Roussin
243 West 99th Street
New York, NY  10025
(212) 877-9746

**CERTIFICATE OF SERVICE**

    I, Steven P. Blonder, an attorney, certify that on September 22, 2015, I caused copies of the prefixed Plaintiffs' Agreed Motion for Extension of Time to be served via the Court's electronic filing system upon all counsel with appearances of record:

>Matthew C. Luzadder
>Ethan Kent
>Kelley Drye & Warren LLP
>333 West Wacker Drive, Suite 2600
>Chicago, IL 60606
>
>Paul C. Rosenthal
>Kelley Drye & Warren LLP
>3050 K Street, N.W., Suite 400
>Washington, DC 20007
>
>Stephanie A. Scharf
>Theodore L. Banks
>Scharf Banks Marmor LLC
>333 West Wacker Drive, Suite 450
>Chicago, IL 60606
>
>John B. Bellinger, III
>Robert A. Derise
>Robert N. Weiner
>Arnold & Porter LLP
>555 Twelfth Street, NW
>Washington, DC 20004
>
>Robert R. Anderson
>Arnold & Porter LLP
>370 Seventeenth Street, Suite 4400
>Denver, CO 80202
>
>Adam J. Jagadich
>Jeffrey Singer
>Segal, McCambridge, Singer & Mahoney, Ltd.
>233 South Wacker Drive, Suite 5500
>Chicago, IL 60606

                                                  /s/ Steven P. Blonder