# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Karen Scalin, et al.

                                        Plaintiff,

v.                                                        Case No.: 1:15−cv−03362

                                                                       Honorable Andrea R. Wood

Societe Nationale Des Chemins De Fer Francais

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 23, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: Serge Klarsfeld's's motion to intervene to submit amicus brief [30] is taken under advisement. By 9/30/2015, Plaintiffs and/or Defendants in the instant action may file a short written statement of no more than 5 pages in support of or in opposition to the motion to intervene. Plaintiffs' Agreed Motion for Extension of Time to File Response Brief [32] is granted. Plaintiff shall respond to Defendant's motion to dismiss [18] by 10/29/2015. Defendant shall reply thereto by 11/19/2015. The motion presentments dated for 9/24/2015 are stricken. Parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.